IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00982-DME-MJW

NAZARIO MEDINA,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

July 20, 2011                        *s/ David M. Ebel*

_____          _____
DATE                                U.S. DISTRICT JUDGE